## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **QUERONDE CHAISSON, #865847** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:13cv61** |
| **DAWN GROUNDS, ET AL.** | § | |

### ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Second Report and Recommendation for the disposition of the lawsuit.  The Report of the Magistrate Judge, which contain proposed findings of fact and recommendations for the disposition of such action, have been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the Second Report and Recommendation (docket entry #54) is **ADOPTED**. It is further

**ORDERED** that Dr. Reginaldo Stanley's motion for summary judgment for failure to exhaust administrative remedies (docket entry #51) is **GRANTED** and the claims against Dr. Stanley are **DISMISSED** with prejudice.

**It is SO ORDERED**.

 **SIGNED this 24th day of January, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE